# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ELIZABETH GRAHAM,

        Plaintiff,

v.

HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, a Curacao limited liability company,

        Defendant.

No. 2:19-cv-01663-RSL

**STIPULATION AND ORDER OF DISMISSAL**

## **STIPULATION**

**COME NOW** Plaintiff ELIZABETH GRAHAM and Holland America Line N.V. d/b/a Holland America Line N.V. LLC., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendant, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:19-cv-01663-RSL - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 6th day of May, 2021.

/s/Louis Shields
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
Email:  lshields@legros.com
Attorney for Defendants

s/Michael D. Myers (via email authorization)
MICHAEL D. MYERS, WSBA #22486
MYERS & COMPANY, P.L.L.C.
1530 Eastlake Avenue East
Seattle, WA 98102
Telephone:  206-398-1188
Facsimile:  206-398-1189
Email:  mmyers@myers-company.com
Attorneys for Plaintiff

ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

Dated this 7th day of May, 2021.

*[signature]*
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:19-cv-01663-RSL - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990